

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-14-2007

# Atkinson v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 05-1099

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Atkinson v. Atty Gen USA" (2007). *2007 Decisions.* Paper 1388.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1388

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1099

CLAUDIUS ATKINSON,

Appellant.

v.

*ATTORNEY GENERAL OF THE UNITED STATES

*(Amended in accordance with Clerk's Order dated 3/16/06)

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 01-cv-05462)
District Judge: Honorable Lawrence F. Stengel

Argued on July 13, 2006

Before: SMITH, WEIS and ROTH, Circuit Judges

(Opinion filed March 8, 2007)

**ORDER AMENDING OPINION**

**ROTH**, Circuit Judge:

 **IT IS ORDERED,** that the published Opinion in the above case filed March 8, 2007, be

amended as follows:

 **On page 5, Line 33, delete "©"** and **replace** with "(c)".

By the Court,

   /s/ Jane R. Roth
Circuit Judge


Dated: March 14, 2007
CRG/cc: Steven A. Morley, Esq.
      Susan R. Becker, Esq.
      Viveca D. Parker, Esq.